AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>MARK PRICE<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      1:18-mj-01015<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/16/2018__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BRIAN CLANCY, Special Agent/ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/18/2018__

_____
*Judge's signature*

City and state: __Indianapolis, IN__      Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION

1. I, Brian Clancy, being duly sworn under oath, states as follows:

## I. TRAINING AND EXPERIENCE

2. I am a Special Agent (SA) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and have been so employed since November 2015. In connection with official ATF duties, I investigate criminal violations of federal laws, including, but not limited to, firearms offenses such as violations of Title 18, United States Code, Sections 922(g) and 924(c). I have testified in judicial proceedings and prosecutions for violations of firearms laws and robberies. I have also been involved in various types of surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including distribution of controlled substances.

3. Prior to joining ATF, I was employed with the Joliet Police Department (JPD) in Joliet, Illinois for five months as a patrol officer and was assigned to the Neighborhood Oriented Police Team. Prior to working with JPD, I was employed by the Department of Homeland Security as a Federal Air Marshal for over five years.

## II. PURPOSE OF THE AFFIDAVIT

4. This affidavit is submitted in support of the arrest of Mark Price for committing the crime of possession of a firearm and/or ammunition by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1).

5. The information set forth in this Affidavit is based upon my participation in this investigation, interviews of witnesses, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This

Affidavit does not set forth each and every fact your Affiant has learned during this investigation, but rather is provided solely for the purpose of establishing probable cause in support of the search warrant and criminal complaint in this matter. The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

### III. PROBABLE CAUSE

6. On October 10, 2018, Mr. Mark PRICE (hereinafter PRICE) (B/M DOB 1/12/1990) arrived at the business of Indy Trading Post, a firearms and ammunition dealer, located at 2851 Madison Avenue Indianapolis, Indiana 46225 within the Southern District of Indiana. On that visit PRICE made a special order for ammunition and stated he wanted to use the range once the order came in. Workers at Indy Trading Post asked PRICE for his ID to make the order. PRICE provided his ID card. Workers at Indy Trading Post often conduct online records checks via a public website (https://public.courts.in.gov/mycase) to review if a customer has any criminal history. Indy Trading Post workers contacted SA Clancy when they saw PRICE was showing past felony convictions for Aggravated Battery and Possession of a Firearm. SA Clancy confirmed the convictions.

7. On October 16, 2018 at approximately 6:20 P.M. PRICE arrived at the business of Indy Trading Post in a black Ford Escape bearing Indiana plate AJX318. PRICE entered the store with a black female. PRICE stated he was there to pick up the magazine and also wanted to purchase .40 S&W ammunition. A store clerk showed PRICE a box of Hornady .40 S&W caliber ammunition. PRICE took possession of the box of ammunition and opened it to look at the live rounds inside the box. PRICE stated he would like to purchase the ammunition. The black female with PRICE also asked for a holster. PRICE went to the cash register and paid for both the

ammunition and holster. PRICE paid in cash from his pocket. PRICE exited the store with the ammunition and magazine in his possession. PRICE's possession inside the store and purchase of ammunition is illegal under federal firearm laws.

8. On October 17, 2018, PRICE called the range and asked about using the range. SA Clancy was notified by workers of Indy Trading Post that PRICE was going to visit the store again. At approximately 12:05 P.M. PRICE arrived at Indy Trading Post again to use the shooting range again in the black Ford Escape. PRICE had a female later identified as Jurnee Reveles enter the store with him. PRICE stated that he and Reveles wanted to shoot and the magazine he purchased the night prior was not the right magazine he wanted. ATF Special Agent Brian Clancy was on scene acting in an undercover capacity and started to escort PRICE to the range, it was at that point Task Force Officers Chris Heffner and Dave McDaniel along with SA Clancy arrested PRICE on a federal outright for his possession of the ammunition the day prior. SA Clancy along with TFO Heffner read PRICE his rights via an ATF Advise of Rights Form, PRICE stated he did not understand and wished to speak with a lawyer. At this point only administrative questions were asked to PRICE.

9. It was at this point that SA Clancy contacted the Indiana Department of Corrections Parole Agents as PRICE is on IDOC parole for a convicted of Unlawful Firearm Possession by a Serious Violent Felon.

10. PRICE signed a Conditional Parole Release Agreement, State Form 23, from the Department of Corrections, to be released to parole on or around January 4, 2018. The conditional parole regulations read: I do hereby agree to abide by the following terms and conditions of parole as established by the Department of Corrections and promulgated by the Indiana Parole Board pursuant to IC 11-9-1-2; IC 11-13-3-4; IC35-50-6-1.

11. There are ten regulations that he agreed to and signed on this form, the following are pertinent in this investigation:

    i. Abuse of Alcohol or Controlled Substance - I understand that the following is a violation of my parole: a) Being intoxicated or b) Using, possessing, or trafficking illegally in a controlled substance. Abuse of alcohol or drugs is not a defense for violation of the parole release agreement.

    ii. Criminal Conduct – I will not engage in conduct prohibited by federal or state law or local ordinance.

    iii. Firearms and Dangerous Weapons – I understand that carrying, dealing in or possessing firearms, explosive devices or deadly weapons is a violation of my parole released agreement.

    iv. Home Visitation and Search – a) I will allow my supervising officer or other authorized officials of the Department of Corrections to visit my residence and place of employment at any reasonable time. b) I understand that I am legally in the custody of the Department of Corrections and that my person and residence or property under my control may be subject to reasonable search by my supervising officer or authorized official of the Department of Correction if the officer or official has reasonable cause to believe that the parolee is violating or is in imminent danger of violating a condition to remaining on parole.

12. Parole Agents Holser, Richardson, and CPO Hester arrived on scene at Indy Trading Post to conduct a search for compliance of the vehicle PRICE arrived in and had direct control of as the driver. During the compliance search CPO Hester located a Smith and Wesson

.40 caliber pistol in the center console. Once the firearm was located Parole Agents and CPO Hester stopped their compliance search and notified SA Clancy who was on scene. SA Clancy observed and confirmed the firearm in the center console and began the process for a warrant.

13. SA Clancy was granted a warrant for the vehicle and recovered a Smith and Wesson .40 S&W caliber pistol out of the center counsel and a baggie of suspected marijuana located in a Clorox cleaning wipe container in the rear truck area of the vehicle.

14. SA Clancy, ATF, and IDOC Parole transported PRICE to his residence of 3863 Asbury St., Indianapolis, Marion County, Indiana, 4622, which his IDOC parole approved address.

15. IDOC approached the house and knocked, no one answered. IDOC Agents opened the door with PRICE's keys that were located on him during his arrest by ATF. IDOC conducted a safety sweep of the home prior to conducting a search for compliance and did not locate anyone inside. Parole Agents then conducted a compliance search of the residence. PRICE was brought into the house after the safety sweep and was seated in the kitchen with CPO Hester.

16. Parole Agents Holser, Richardson, and Steiner started their compliance search. Agents started their search in a room they believed to be PRICE's. IDOC agents located what they believed to be marijuana roaches. Agents also smelled what they know through their training and experience as law enforcement to be the odor of burnt marijuana in an ash tray next to the bed. Agents also located a box of Hornaday .40 S&W caliber ammunition in a TV stand location near the end of the bed in the same room. IDOC Agents also noticed in plain view mail in a second part of the master bedroom with the name of Mark Price and address of the target residence.

17. At this point Parole Agents stopped what they were doing and informed SA Clancy with what they located so SA Clancy could apply for a search warrant. Parole Agents showed SA Clancy the location of marijuana roaches, ammunition, and mail. Once SA Clancy entered the

residence he smelt what he knows through his training and experience to be the odor of burnt marijuana. SA Clancy continued to smell the odor as he entered the room believed to be PRICE's to observe the mail and ammunition.

18. SA Clancy applied for and was granted a state search warrant for the residence, a vehicle on the property, and an outbuilding.

19. During the search warrant ATF and IDOC Parole located and recovered the following:

    a. A drug note pad with prices and amounts on a nightstand in the master bedroom,

    b. A bag to a holster PRICE bought on 10/16/18 on a nightstand in the master bedroom,

    c. The ammunition and receipt PRICE purchased from Indy Trading Post on 10/16/18. 50 rounds of Hornaday .40 S&W ammunition in a TV stand in the master bedroom,

    d. $1,038 dollars in cash. $470 that was hidden in a tin container inside a heating and air conditioner vent, and $568 in a small box located on the same TV stand the ammunition and receipt was in,

    e. Two – suspected marijuana roaches in an ash tray next to the master bedroom bed,

    f. A tool box that contained a firearm, firearm box, and assorted ammunition. The make and the model is yet to be determined as it was not taken out of the toolbox or handled by law enforcement so fingerprints and DNA testing could be completed. This toolbox was found in the master bedroom closet which is PRICE's room along with his female partner,

    g. A Ruger Mini 14 rifle located in the vehicle on the property,

    h.  Mail that contained the name of PRICE and target residence address, in the master bedroom,

20.    ATF confirmed PRICE has been previously convicted of a crime punishable by more than one (1) year of imprisonment, including:

    a.  Aggravated Battery as a class B felony in Marion County Superior Court under cause number 49G06-1101-MR-001185, on or about January 27, 20012, and;

    b.  Unlawful Possession of a Firearm by a Serious Violent Felon as a level 4 felony in Marion County Superior Court under cause number 49G06-1502-F2-004731, on or about June 14, 2016.

21.    The Hornady ammunition, Smith & Wesson handgun, and the Ruger firearm are not manufactured in the state of Indiana and have travelled in interstate commerce.

## IV.   CONCLUSION

22.    Based upon the above stated facts and attending circumstances, there is probable cause to believe that Mark PRICE illegally possessed ammunition and firearms in violation of Title 18, United States Code, Section 922(g)(1) on or about October 16, 2018.

_____
Brian Clancy, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Subscribed and sworn before me the 18th day of October, 2018.

_____
Hon. Debra McVicker Lynch
Magistrate Judge
Southern District of Indiana