UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
NOV 07 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
V. ) CAUSE NO. 1:18-cr-
)
MARK PRICE, )
) 1:18-cr-0348 JMS -MPB
    Defendant. )

## INDICTMENT

### Count 1

[18 U.S.C. § 922(g)(1)- Felon in Possession of Ammunition]

The Grand Jury charges that:

On or about October 16, 2018, in Marion County, in the Southern District of Indiana, MARK PRICE, defendant herein, did knowingly possess in commerce and affecting commerce ammunition, to wit: Hornady .40 S&W ammunition, after having been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, to wit: felony Aggravated Battery in Marion County, Indiana, under cause 49G06-1101-MR-001185 on or about January 27, 2012, and felony Unlawful Possession of a Firearm by a Serious Violent Felon in Marion County, Indiana, under cause 49G06-1502-F2-004731 on or about June 30, 2016.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

## Count 2

[18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm]

The Grand Jury further charges that:

On or about October 17, 2018, in Marion County, in the Southern District of Indiana, MARK PRICE, defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: one Smith and Wesson .40 caliber pistol, after having been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, to wit: felony Aggravated Battery in Marion County, Indiana, under cause 49G06-1101-MR-001185 on or about January 27, 2012, and felony Unlawful Possession of a Firearm by a Serious Violent Felon in Marion County, Indiana, under cause 49G06-1502-F2-004731 on or about June 30, 2016.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

## Count 3

[18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm]

The Grand Jury further charges that:

On or about October 17, 2018, in Marion County, in the Southern District of Indiana, MARK PRICE, defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: one Ruger, model Mini 14 .223 caliber Remington rifle, after having been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, to wit: felony Aggravated Battery in Marion County, Indiana, under cause 49G06-1101-MR-001185 on or about January 27, 2012, and felony Unlawful Possession of a Firearm by a Serious Violent Felon in Marion County, Indiana, under cause 49G06-1502-F2-004731 on or about June 30, 2016.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

# FORFEITURE

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2.  Pursuant to Title 18, United States Code, Section 924(d), if convicted of an offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3.  The property subject to forfeiture includes, but is not necessarily limited to:

    A.  One Smith and Wesson .40 caliber pistol;

    B.  One Ruger, model Mini 14 .223 caliber Remington rifle;

    C.  One GSG .22LR caliber pistol; and

    B.  Any ammunition seized.

A TRUE BILL:



FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Pamela S. Domash
Assistant United States Attorney